# Mark Harring

Standing Chapter 12 & 13 Trustee

**Mail CORRESPONDENCE to:**

131 W Wilson St. Ste 1000
Madison, WI 53703-3260
Phone: (608) 256-4320
Fax:    (608) 256-2355
Website:  http://www.ch13wdw.org

**Mail Chapter 13 PAYMENTS to :**
Please write case # on all payments
Mark Harring Ch 13 Trustee
PO Box 88004
Chicago, IL 60680-1004

Email:  info@ch13wdw.org

November 14, 2016

Honorable Catherine J Furay
U.S. Bankruptcy Court Judge
120 N. Henry Street Room 340
Madison, WI 53703-0000

Re:     Chris J Hackbart
        Case #16-13658-13

Dear Judge Furay:

We have reviewed the Motion to Extend Deadline to File Schedules or Provide Required Information filed by the debtor. This case was filed on 10/28/2016, the required documentation was due on or before 11/12/2016, the first plan payment is due by 11/27/2016 and the 341 Meeting is scheduled for 12/14/2016. The debtor is requesting an extension of 14 days through 11/25/2016 to file the required documents.

This office has no objection to the requested extension of time to file.

We do want to emphasize that despite this extension approval, the first plan payment is still due by 11/27/2016, thirty days from filing the petition for relief.

Sincerely,

*/s/*
Mark Harring
Standing Chapter 13 Trustee

MWH/kns

cc:     ATTORNEY PRO SE
        Chris J Hackbart