# Mark Harring

Standing Chapter 12 & 13 Trustee

**Mail CORRESPONDENCE to:**

131 W Wilson St. Ste 1000
Madison, WI 53703-3260
Phone: (608) 256-4320
Fax:    (608) 256-2355
Website:  http://www.ch13wdw.org

**Mail Chapter 13 PAYMENTS to :**
Please write case # on all payments
Mark Harring Ch 13 Trustee
PO Box 88004
Chicago, IL 60680-1004

Email:  info@ch13wdw.org

November 28, 2016

Honorable Catherine J Furay
U.S. Bankruptcy Court Judge
120 N. Henry Street Room 340
Madison, WI 53703-0000

Re:    Chris J Hackbart
       Case #16-13658-13

Dear Judge Furay:

We have reviewed the second Motion to Extend Deadline to File Schedules or Provide Required Information filed by the debtor.  This case was filed on 10/28/2016, the required documentation was due on or before 11/12/2016, and the 341 Meeting is scheduled for 12/14/2016. The debtor requested an extension of 14 days through 11/25/2016 to file the required document which was granted. The debtor is now requesting another extension of 13 more days through 12/08/2016 to file the required documents.

This office has no objection to the requested extension of time to file.

Sincerely,

*/s/*
Mark Harring
Standing Chapter 13 Trustee

MWH/kns

cc:    Chris J Hackbart