UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WISCONSIN

_____

In Re: Chris J Hackbart            Bankruptcy No. 16-13658-13
_____

**NOTICE AND MOTION TO DISMISS**
_____

Standing Chapter 13 Trustee Mark Harring brings on this Motion and respectfully represents:

1. Mr. Hackbart filed a petition for relief under Chapter 13 of the United States Bankruptcy Code on July 22, 2016 which case was dismissed for failure to file required documents on August 22, 2016.
2. Mr. Hackbart filed a petition for relief under Chapter 13 of the United States Bankruptcy Code on October 28, 2016.
3. At the time of the October 28, 2016 filing, Mr. Hackbart was not eligible to be a debtor pursuant to Section 109(g)(1) of the Bankruptcy Code.
4. In addition, despite two requests for extension of time to file required documents, Mr. Hackbart has failed to file any of the documents, including a Plan, Schedules, Means Test and Statement of Financial Affairs.
5. Mr. Hackbart has not made a plan payment within 30 days of October 28, 2016.

WHEREFORE your movant requests an Order directing the dismissal of the above-captioned Chapter 13 proceeding with a 180 day bar to any refiling, or such other relief as the Court deems just and equitable.

PLEASE TAKE NOTICE that you must object or request a hearing **on or before January 3, 2017** if you wish to contest this motion. Any objection or request for hearing that you file must be filed with the court at the address listed below. If no objection or request for hearing is filed, the court shall grant the motion without a hearing and the case will be dismissed.

|  |  |
|---|---|
| Dated: December 12, 2016 | /s/<br>Mark Harring<br>Standing Chapter 13 Trustee |

The Court's Address is:

United States Bankruptcy Court
120 N Henry Street Room 340
Madison, WI 53703

This copy of notice sent to:

United States Bankruptcy Court
120 N Henry Street Room 340
Madison, WI 53703

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| IN RE: | Case Number |
| Chris J Hackbart | 16-13658-13 |
| Debtor | |

**CERTIFICATE OF SERVICE**

I, Kelsey Schluter, state that on December 12, 2016 I deposited in the U.S. Mail a true and correct copy of the notice and motion for dismissal to the following listed parties in envelopes with return addresses in case of non-delivery, unless parties are served via the CM/ECF System sponsored by the Court.

United States Bankruptcy Court
120 N Henry Street Room 340
Madison, WI 53703

Chris J Hackbart
N3297 Otsego Road
Rio  WI  53960

I certify under penalty of perjury that the foregoing is true and correct.

/s/_____

Kelsey Schluter
Office of the Standing Chapter 13  Trustee