**U.S. BANKRUPTCY COURT**
**Western District of Wisconsin**
**SECTION 341 MEETING PROCEEDING MEMO AND**
**STANDING CHAPTER 13 TRUSTEE'S REPORT**

**IN RE:**

Name  Chris J Hackbart                                                    Case #   16-13658- 13

Debtor Information:                                  Spouse Information:
 SS#:   5153                                          SS#:
 Addr:  N3297 Otsego Road                             Addr: No Spouse
        Rio  WI  53960

Date Filed:           10/28/2016
Debtor's Attorney:  PRO SE                                                    Schedules Filed:          / /

341 Meeting Date: 12/14/2016    Adjourned 341 Date:   / /          Plan Filed:               / /

Cassette #:                2    Adjourned Cassette #: _____   Amd Plan Filed:           / /

**Appearances:**   Debtor: n

                   Attorney:  _____

                   Creditors: _____

**1. INFORMATION WHICH WOULD MAKE DEBTOR'S STATEMENTS & SCHEDULES MORE ACCURATE:**

   A. New Employment: _____

   B. New Address:    _____

   C. Other:          _____

   D. If Pro Se, Who Did Schedules?:_____

**2. ELIGIBILITY / DEBT ANALYSIS:**

A. Eligible under Section 109(e)?      Y _____   N _____

B. Analysis of Debt:

| | | | | |
|---|---|---|---|---|
| Secured: | 0.00 | Administrative | | 0.00 |
| Less Unsecured Portion | 0.00 | = Net Secured | | 0.00 |
| Unsecured | 0.00 | Priority | | 0.00 |
| Plus Unsec Portion of Secured | 0.00 | = Net Unsecured | | 0.00 |
| | | Total Debt | | 0.00 |

C. Does Debtor have Regular Income?   Y _____   N _____

D. Prior Bankruptcies: Notice of Debtor's Prior Filings for debtor Chris Jerry Hackbart Case Number 13-14444, Chapter 13 filed in Wisconsin Western Bankruptcy Court on 09/06/2013 , Dismissed for Other Reason on 10/10/2013; Case Number 16-12542, Chapter 13 filed in Wisconsin Western Bankruptcy Court on 07/22/2016 , Dismissed for Other Reason on 08/22/2016; Case Number 13-15930, Chapter 13 filed in Wisconsin Western Bankruptcy Court on 12/16/2013 , Dismissed for Other Reason on 01/15/2014; Case Number 14-13942, Chapter 13 filed in Wisconsin Western Bankruptcy Court on 09/12/2014 , Dismissed for Other Reason on 11/03/2014; Case Number 12-13402, Chapter 13 filed in Wisconsin Western Bankruptcy Court on 06/08/2012 , Dismissed for Other Reason on 07/19/2012.(Admin) (Entered: 10/31/2016)

| | Debtor | Spouse |
|---|---|---|
| E. Payroll advice provided? | No | N/A |
| Year of most recent tax return provided | | N/A |
| Taxes for last three years filed? | Yes | N/A |
| Credit counseling ceritificate provided? | Y __X__  N _____ | Y __NA__  N _____ |
| Means test provided? | Y _____  N __X__ | |
| Means test comment | | |

**3. MONTHLY BUDGET:**

| | | | |
|---|---|---|---|
| Budgeted Income | 0.00 | Available for Plan | 0.00 |
| Budgeted Expenses | 0.00 | Plan Payments | 0.00 |
| Available for Plan | 0.00 | Excess | 0.00 |

A. Does Budget appear reasonable?   Y _____   N _____
_____

B. Is all disposable income applied?  (Sec 1325(b)(1)(B) )                Y _____   N _____
_____

C. Will debtor be able to make all payments under the plan and comply with the plan? (Sec 1325(a)(6  Y _____   N _____
_____

**4. PLAN:**

A. Number of Months the Plan is expected to last:  36

   Payment Date    Payment Amount    Frequency       Source

B. Total to be paid into Plan:         0.00
C. Appproximate percentage to Unsecureds:       0.00
   Plan does not require 100% payment to unsecured debt
D. Source of Income:    (Debtor)_____
E. Wage Order Sent To: _____
   _
F. Payments received to Date:      $0.00      First payment due no later than:       / /
   Will debtor commence payments within 30 days after the plan has been filed?  Y _____   N _____

**Trustees Memo and Report Continued - Case # 16-13658**   Page 3

G. Business Questions:
- Is Debtor Self Employed?   Y_____   N_____
- Does Debtor Incur Trade Debt?   Y_____   N_____
- Did Debtor Complete Business Trade Questionnaire?   Y_____   N_____
- Will a Monthly Operating Report Be Required?   Y_____   N_____

H. Has the plan been proposed in good faith and not any means forbidden by law? Sec 1325(a)(3) Y_____   N_____
If "no", plan cannot be confirmed.

I. Filing Fee Paid? Y__X__   N_____   Bal Due   0.00

J. Attorney Fee Requested   0.00   Paid to Date:   0.00
Balance Due Under Plan   0.00   Approximate months to pay:   0
Trustee recommends amount requested?   Y_____   N_____
If no, amount the Trustee recommends:   0.00

K. Does the Plan Properly Classify Debts? Y_____   N_____

L. Was a Liquidation Analysis Provided By the Debtor? (Sec 1325(a)(5))   Y_____ N_____

Unsecureds Do Better Under Chapter: **13**

*Under Ch 7*
- Assets:   0.00
- Admin, Secured, &Priority (ASP)   0.00
- Exemptions:   0.00
- Available for UnSec:   0.00

*Under Ch 13*
- Total Paid To Plan:   0.00
- A.S.P. Debt:   0.00
- Less Direct   0.00 =   0.00
- Trustee Fees on Net A.S.P:   0.00
- Amt Avail for Unsec   0.00

M. Does the plan provide for curing of default or payment in full of Secured Debt? (Sec1325 (a)(5)) Y_____   N_____

N. Does the plan provide for payment in full of Priority Debt? Y_____   N_____

**5. CLAIMS AND OBJECTIONS:**
**Administrative, Secured, & Direct Claims:**
**Priority Claims:**
**Unsecured Objecting Claims**

**6. TRUSTEE RECOMMENDATION:**

Does Trustee Recommend Confirmation? Y_____   N_____

Does Trustee Recommend Dismissal?   Y_____   N_____

*If Needed:*
Date of Confirmation Hearing:   / /
Time of Confirmation Hearing:   _____

Trustee Comments:
MTD sent - Objections due on 1/03/2017 The debtors have failed to file one or more of the following items: Plan, Schedules, Means Test, and or Certificate of Credit Counseling. w/ 180 day bar from refiling

Dated:   / /

/s/ _____
Mark Harring
Standing Chapter 13 Trustee