FILED/REC'D

DEC 05 2016

8:00 AM
CLERK
U.S. BANKRUPTCY COURT

Chris Jerry Hackbart
N3297 Otsego Road
Rio, WI 53960

December 2, 2016

Clerk of Court
United States Bankruptcy Court
Western District of Wisconsin
120 West Henry Street, Room 340
Madison WI 53704

Dear Clerk,

Please file enclosed Motion for Voluntary Dismissal and the Order granting the voluntary dismissal for Case 3-16-13658-cjf upon receipt.

Please let me know if you need anything else, and thanks again for the prompt courteous service everyone at the clerks' office provides.

Thank you!

Chris J. Hackbart

9325

UNITED STATES BANKRUPTCY COURT      WESTERN DISTRICT OF WISCONSIN

In Re:                                                    Case Number: 3-16-13658-cjf

HACKBART, CHRIS JERRY                                     VOLUNTARY WITHDRAWAL
                                                          AND MOTION FOR DISMISSAL OF
                                                          CHAPTER 13 CASE
                                                          3-16-13658-cjf

---

CHRIS JERRY HACKBART moves this Court dismiss bankruptcy case 3-16-13658-cjf, pursuant to 11 U.S.C. § 1307(b); and FEDERAL-RULES CIVIL RULE 41-A, VOLUNTARY WITHDRAWAL.

The above captioned case was commenced by the filing of a voluntary petition under Chapter 13 and has not been converted under 11 U.S.C §§ 706, 1112, or 1208.

_____
Chris Jerry Hackbart

UNITED STATES BANKRUPTCY COURT            WESTERN DISTRICT            WISCONSIN

In Re:

HACKBART, CHRIS, JERRY

Case Number: 3-16-13658-cjf

ORDER GRANTING
MOTION FOR
VOLUNTARY DISMISSAL
OF CHAPTER 13 CASE

CHAPTER 13

It is so ordered that the above captioned case will be dismissed on December 4, 2014.

So Ordered