UNITED STATES BANKRUPTCY COURT          WESTERN DISTRICT          WISCONSIN

In Re:

HACKBART, CHRIS, JERRY

Case Number: 3-16-13658-cjf

ORDER GRANTING
MOTION FOR
VOLUNTARY DISMISSAL
OF CHAPTER 13 CASE

CHAPTER 13

---

It is so ordered that the above captioned case will be dismissed on December 4, 2014.

_____
So Ordered