# Mark Harring

Standing Chapter 12 & 13 Trustee

**Mail CORRESPONDENCE to :**

131 W Wilson St. Ste 1000
Madison, WI 53703-3260
Phone: (608) 256-4320
Fax:    (608) 256-2355
Website:  http://www.ch13wdw.org

**Mail Chapter 13 PAYMENTS to :**

Please write case # on all payments
Mark Harring Ch 13 Trustee
PO Box 88004
Chicago, IL 60680-1004

Email:  info@ch13wdw.org

December 15, 2016

Honorable Judge Catherine J Furay
U.S. Bankruptcy Court Judge
120 N. Henry Street Room 340
Madison, WI 53703-0000

Re:    Chris J Hackbart
       Case #16-13658-13

Dear Judge Furay:

We have reviewed the debtor's Voluntary Motion to Dismiss filed December 5, 2016 as Document #22.

This office objects to the debtor's Voluntary Motion to Dismiss in light of a previously filed Trustee's Motion to Dismiss as Document #20.  We hereby request a hearing on this Motion.


Sincerely,

/s/
Mark Harring
Standing Chapter 13 Trustee

MWH/cjj

cc:    CHRIS J. HACKBART