UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WISCONSIN

In Re:  Chris J. Hackbart,

       Debtor.

**NOTICE OF APPEARANCE**
CASE NO: 1-16-13658-13-CJF
Chapter 13

      PLEASE TAKE NOTICE that Krysta L. Kerr, of BP Peterman Law Group, LLC, hereby enters an appearance in the above-captioned action on behalf of the creditor Rushmore Loan Management Services, LLC. Creditor demands that copies of all papers be served upon her at the offices located at 165 Bishops Way, Suite 100, Brookfield, WI 53005.

Dated this 20th day of December, 2016.

BP Peterman Law Group, LLC

/s/ [signature]
Krysta L. Kerr, 1090070
165 Bishops Way, Suite 100
Brookfield, WI 53005
262-790-5719
262-790-5721 (fax)