UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WISCONSIN

In Re: Chris J. Hackbart,

Debtor.

CASE NO: 1-16-13658-13-CJF
AFFIDAVIT OF SERVICE

STATE OF WISCONSIN )

WAUKESHA COUNTY )

The affiant, being first duly sworn on oath, deposes and states that a copy of the Notice of Appearance for Rushmore Loan Management Services, LLC and Motion for Relief from Stay with In Rem Relief in the above entitled action was served on this 20 day of December, 2016 by either Electronic Case Filing or by first class mail, postage prepaid, to the following persons at the following addresses:

Chris J. Hackbart
N3297 Ostego Road
Rio, WI 53960
*Via USPS*

Mark Harring – Trustee
131 W. Wilson Street, Suite 1000
Madison, WI 53703-3260
*Via ECF*

Office of the U.S. Trustee
780 Regent Street, Suite 304
Madison, WI 53715
*Via ECF*

Dated this 20 day of December, 2016.

Jeffrey J. Arndt
Litigation Paralegal
BP Peterman Law Group, LLC

Subscribed and sworn to before me this
This 20 day of December, 2016.

Notary Public, State of Wisconsin
My commission expires: 05.10.2019